```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

LAURA LIMA,                      )
                                 )
            Plaintiff,           )         4:05CV3172
                                 )
      v.                         )
                                 )
STATE FARM FIRE AND CASUALTY,    )         ORDER
et al.,                          )
                                 )
            Defendants.          )
                                 )
```

IT IS ORDERED:

The motion of William F. Zulch and James L. Crandall and Crandall, Wade & Lowe, P.C. to withdraw as counsel for State Farm Fire and Casualty Company, filing 35, is granted.

DATED this 5th day of August, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge