```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA

LAURA LIMA,                      )
                                 )
              Plaintiff,         )         4:05CV3172
                                 )
         v.                      )
                                 )
STATE FARM FIRE AND CASUALTY,    )         ORDER
et al.,                          )
                                 )
              Defendants.        )
                                 )
```

IT IS ORDERED:

Defendant's motion to extend deadline, filing 37, is granted and the deadline for filing the parties' Rule 26 planning conference report is extended to August 15, 2005.

DATED this 8th day of August, 2005.

BY THE COURT:

*s/ David L. Piester*

David L. Piester
United States Magistrate Judge