```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA

LAURA LIMA,                        )
                                   )
           Plaintiff,              )        4:05CV3172
                                   )
     v.                            )
                                   )
STATE FARM FIRE AND CASUALTY       )        MEMORANDUM AND ORDER
COMPANY, et al.,                   )
                                   )
           Defendants.             )
                                   )
```

Upon consideration of pending matters, and in an attempt to move things forward in this case,

IT IS ORDERED:

1. Plaintiff's motion to vacate mediation reference order, filing 63, is granted, and the mediation reference order, filing 61, is withdrawn.  Counsel shall report to the court within thirty days their plans about mediation.

2. The plaintiff's motion to vacate and set aside order and for sanctions, filing 62, is denied.

DATED this 13th day of January, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge