IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LAURA LIMA, | ) | 4:05CV3172 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| STATE FARM FIRE AND | ) | |
| CASUALTY COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

   IT IS ORDERED that Plaintiff's motion for an enlargement of time (filing 75) is granted, as follows:

   Plaintiff shall have until February 28, 2006, to respond to Defendant's motion to dismiss and motion for partial summary judgment (filings 70, 72).

February 9, 2006.                    BY THE COURT:

                                     s/ *Richard G. Kopf*
                                     United States District Judge